**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| RBK ENTERPRISES, LTD. | ) | |
| | ) | No. 14-46230 |
| | ) | (DuPage County Case) |
| | ) | |
| Debtor. | ) | Hon. Donald R. Cassling |
| | ) | United States Bankruptcy Judge |
| | ) | |

**<u>NOTICE OF MOTION</u>**

To:     See Attached Service List

      **PLEASE TAKE NOTICE** that on **Friday, December 2, 2016 at 11:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Donald R. Cassling**, U.S. Bankruptcy Judge, in Courtroom 240, Kane County Courthouse, 100 South Third Street, Geneva, IL 60134 or before such Judge that may be sitting in his place and shall then and there present the **FINAL APPLICATION OF ALAN D. LASKO & ASSOCIATES, P.C. FOR ALLOWANCE OF COMPENSATION AND EXPENSES**, a copy of which is attached and herewith served upon you and **AT WHICH TIME AND PLACE** you may appear if you so wish.

                /s/ Frank J. Kokoszka
                Frank J. Kokoszka, Esq.
                KOKOSZKA & JANCZUR, P.C.
                ARDC No. 6201436
                122 South Michigan Avenue, Suite 1070
                Chicago, Illinois 60603-6270
                (312) 443-9600 x7861 (phone)
                (312) 443-5704 (fax)
                fkokoszka@k-jlaw.com

**<u>CERTIFICATE OF SERVICE</u>**

      Frank J. Kokoszka certifies that he caused to be served a true copy of the above and foregoing notice and attached pleading upon those listed on the attached service list through the ECF System which sent notification of such filing via electronic means or via First Class mail, as indicated, before 6:00 pm on November 3, 2016.

                /s/ Frank J. Kokoszka
                Frank J. Kokoszka

## SERVICE LIST
## <u>RE RBK ENTERPRISES, LTD.</u>

Advance Tradeshow Technology
5111 Academy Drive
Lisle, IL 60532

American Credit Systems, Inc.
400 W Lake Street, Ste. 111
P.O. Box 72849
Roselle, IL 60172

Atradius Collections, Inc.
1200 Arlington Heights Rd.
Suite 410
Itasca, IL 60143

Brett Enterprises, Inc.
5111 Academy Drive
Lisle, IL 60532

AT&T
PO Box 5080
Carol Stream, IL 60197

Chicago Offset
128 N Lively Blvd.
Elk Grove Village, IL 60007

Gregory Kolinek
157 Northfield Drive
Minooka, IL 60447

Hewlett Packard Company
Indigo America, Inc.
P.O. Box 415573
Boston, MA 02241

Pitney Bowes
Purchase Power
P.O. Box 371847
Pittsburgh, PA 15250

The Sanford Kolinek Living Trust
806 Raintree Drive
Naperville, IL 60540

Office of the U.S. Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604
**(Via ECF Electronic Notice)**

<u>Counsel for Debtor:</u>
John J. Lynch
Lynch Law Offices, P.C.
1011 Warrenville Road
Suite 150
Lisle, IL 60535
**(Via EFC Electronic Notice)**

<u>Counsel for Landlord:</u>
Kent A. Gaertner
Springer, Brown, LLC.
400 South County Farm Road
Wheaton, IL 60187
**(Via U.S. Mail)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re   RBK Enterprises, Ltd.                    )
                                                 )
                                                 )   Bankruptcy No. _____14-46230_____
                                                 )
                        Debtor.                  )   Chapter _____7_____

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION
### (IN CASES UNDER CHAPTERS 7, 11 AND 12)

Name of Applicant: _____Alan D. Lasko and Alan D. Lasko & Associates, P.C._____

Authorized to Provide Professional Services to: _____Frank J. Kokoszka_____

Date of Order Authorizing Employment: _____March 24, 2015_____

Period for Which Compensation is Sought:
From _____March 23_____, _2016_   through _____October 31_____, _2016_

Amount of Fees Sought:   $ 1883.62 _____

Amount of Expense Reimbursement Sought:   $ 24.10 _____

This is an:        Interim Application _____        Final Application   ✓____

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| 9/20/2016 | 3/24/2015-3/22/2016 | $4427.80 & $49.48 | $4427.80 & $49.48 | $4427.80 & 49.48 |

Dated: _____November 3, 2016_____        _____/s/ Frank J. Kokoszka_____
                                                                                    (Counsel)

(Rev 11/19/10)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| R.B.K. Enterprises, Ltd. | ) | No. 14 B 46230 |
| | ) | |
| 36-3108921 | ) | Chapter 7 |
| Debtor | ) | |
| | ) | Hon. Donald R. Cassling |

## SECOND AND FINAL APPLICATION
## OF ALAN D. LASKO & ASSOCIATES, P.C.
## FOR ALLOWANCE OF COMPENSATION AND EXPENSES

**ALAN D. LASKO AND ALAN D. LASKO & ASSOCIATES, P.C. ("ADLPC"),** Certified Public Accountants, request second and final compensation of $1,883.62 and expenses of $24.10 for the time period from March 23, 2016 through October 31, 2016. A detail is provided herein for the Estate, which identifies by subject matter the services performed by the Applicant. Additional detail is provided to reflect the function and individual performing said services. Lastly, each individual's classification and hourly rate is also reflected. In addition, attached is the Affidavit pursuant to Bankruptcy Rule 2016.

## INTRODUCTION

This Court has jurisdiction over this Second and Final Fee Application pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

The statutory predicates for the relief requested herein are Sections 328, 330 and 331 of Title 11 of the United States Code (11 U.S.C. §§ 101-1532, the "Bankruptcy Code"), as supplemented by Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the Local Rules"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 promulgated by the United States Department of Justice, dated on January 30, 1996 (the "UST Guidelines").

Under Rule 2016(b), the Firm has not shared, nor agreed to share, (a) any compensation it has received or may receive in these cases with another person or party other than the Firm's associates and other employees, or (b) any compensation another person or party has received or may receive in these cases.

**GENERAL**

The Debtor filed a petition under Chapter 7 on or about December 31, 2014.  On March 24, 2015, Alan D. Lasko & Associates, P.C. was approved by the Court as the accountants for the Trustee.  Reflected in this Fee Application is the Applicant's time for the preparation of the Estate's fiscal short year 2016 income tax returns.

**FEE APPLICATION**

The fees sought by this Second and Final Fee Application reflect an aggregate of 17.4 hours of ADLPC's time spent and recorded in performing services during the Second and Final Compensation Period.  This fee request does not include time that might be construed as

2

duplicative or otherwise not beneficial to the Trustee or the Debtor's Estate, which has already been eliminated by ADLPC.  In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered (d), the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

All of the services for which second and final compensation is sought were rendered solely in connection with this case, in furtherance of the duties and functions of the Trustee and not on behalf of any individual creditor or other person.

ADLPC has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in this case.

ADPC has not shared, or agreed to share (a) any compensation it has received or may receive with another party or person, other than with the associates of the Firm, or (b) any compensation another person or party has received or may receive.  No promises have been received by ADLPC as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code.


## BREAKDOWN BY CATEGORIES

The categories in this Application as listed below:

3

## BILLING

The Applicant has incurred 1.2 hours in the preparation of this fee Application.

Cost                    $121.60

A recap of compensation for this category is as follows:

|  | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko | 0.2 | $ 288.00 | $ 57.60 |
| C. Wilson, Staff | 1.0 | 64.00 | 64.00 |
|  | 1.2 |  | $ 121.60 |

## TAX PREPARATION

The Applicant incurred 16.2 hours in the preparation of the Estate's fiscal short year 2016 income tax returns.

The work also included but was not limited to the following:

- Summarized information from Form 2.
- Prepared calculation of final adjustments, discharge and loss carryforward amounts.
- Prepared estimated time for final information tax returns of the Estate.

Cost                    $1,957.80

A recap of compensation for this category is as follows:

|  | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko | 1.0 | $ 288.00 | $ 288.00 |
| K. Seyller, Senior | 4.5 | 160.00 | 720.00 |
| B. Luo, Staff | 5.1 | 94.00 | 479.40 |
| D. Stefanczuk, Staff | 2.7 | 84.00 | 226.80 |
| B. Egeberg, Staff | 2.9 | 84.00 | 243.60 |
|  | 16.2 |  | $ 1,957.80 |

4

The Applicant reflects hourly rates and hours worked by each person by function. The recap also reflects the cost of each function performed. In order to assist the Court and parties in interest to evaluate this fee request, your Applicant has reflected below the range of rates charged by staff level.

| | | | |
|---|---|---|---|
| Owner | $288 | - | $300 |
| Manager/Director | 240 | - | 287 |
| Supervisors | 160 | - | 240 |
| Senior | 120 | - | 160 |
| Assistant | 65 | - | 120 |

To provide an orderly and meaningful summary of the services rendered by ADLPC in accordance with its employment, ADLPC has summarized the services provided by the project billing categories for its second and final fee period are as follows:

| Recap by Project | First Interim Application | Second and Final Application | Total |
|---|---|---|---|
| Billing | $    119.80 | $    121.60 | $    241.40 |
| Tax Preparation | 4,308.00 | 1,957.80 | 6,265.80 |
| Less: Discount | - | (195.78) | (195.78) |
| Net Request | $  4,427.80 | $  1,883.62 | $  6,311.42 |

| Recap by Hour | Hours | Amount | Blended Rate |
|---|---|---|---|
| Billing | 2.4 | $    241.40 | $    100.58 |
| Tax Preparation - Net | 48.0 | 6,265.80 | $    130.54 |
| Less: Discount | - | (195.78) | |
| | 50.4 | $  6,311.42 | $    125.23 |

## EXPENSES

It is the Firm's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client.  It is the Firm's policy to charge its client only the amount actually incurred by the Firm in connection with such items.  Examples of such expenses are postage, overnight mail, courier delivery, transportation, airfare, meals, and lodging.

|  | First Interim Application | Second and Final Application | Total |
|---|---|---|---|
| Postage | $      1.46 | $          - | $      1.46 |
| Delivery | 15.52 | 10.00 | 25.52 |
| Copy Costs | 32.50 | 14.10 | 46.60 |
|  | $     49.48 | $     24.10 | $     73.58 |

The Applicant has received its First Interim compensation of $4,427.80 and expenses of $49.48 for the time period March 24, 2015 through March 22, 2016.

## ALLOWANCE OF COMPENSATION

The foregoing professional services rendered during the Compensation Period were necessary and appropriate to the administration of the Chapter 7 case and was in the best interests of the parties in interest.  Compensation for the foregoing services as requested is commensurate with the complexity, importance, and nature of the problems, issues, or tasks involved.  ADLPC has taken significant efforts to ensure that the professional services were performed with expedience and in an efficient manner and without duplication of effort.

Section 330 provides that a court may award a professional employed under Section 327 of the

Bankruptcy Code "reasonable compensation for actual necessary services rendered . . . and

reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1). Section 330 also sets

forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded, the court should consider the nature, the extent, and the value of such services, taking into account all relevant factors, including.
>
> (A)     the time spent on such services;
>
> (B)     the rates charged for such services;
>
> (C)     whether the services were necessary to the administration of, or beneficial at the time the service was rendered toward the completion of, a case under this title;
>
> (D)     whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue or task addressed; and
>
> (E)     whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

Id. § 330(a)(3).

In the instant case, ADLPC respectfully submits that the services for which it seeks

compensation in this Second and Final Fee Application were necessary for and beneficial to the

Trustee's efforts in administering the Debtor's Estate, and necessary to and in the best interests of

the Debtor's Estate. ADLPC further submits that the compensation requested herein is

reasonable in light of the nature, extent, and value of such services provided to the Trustee and

the Debtor's Estate.

The rates charged by ADLPC in this case are standard for any bankruptcy matter, and are identical to the rate it would charge throughout the country in any bankruptcy case of this size and prominence.

In sum, the services rendered by ADLPC were necessary and beneficial to the Debtor's Estate, and were consistently performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved.   As shown by this Second and Final Fee Application and supporting exhibits, ADLPC incurred professional time economically and without unnecessary duplication of effort.   In addition, the work involved, and thus the time expended, was carefully assigned in view of the experience and expertise required for a particular task.   Accordingly, approval of the second and final compensation sought herein for the Compensation Period is warranted.

## CONCLUSION AND REQUEST FOR RELIEF

Based upon the foregoing, your Applicant submits that the relief requested is justified in the circumstances and its allowance would be appropriate.   Therefore, the requested second and final compensation of $1,883.62 and expenses of $24.10 should be allowed for services by your Applicant for the period March 23, 2016 through October 31, 2016.

_____
Alan D. Lasko


Alan D. Lasko & Associates, P.C.
205 West Randolph Street
Suite 1150
Chicago, Illinois  60606
(312) 332-1302

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| R.B.K. Enterprises, Ltd. | ) | No. 14 B 46230 |
| | ) | |
| 36-3108921 | ) | Chapter 7 |
| Debtor | ) | |
| | ) | Hon. Donald R. Cassling |

## AFFIDAVIT PURSUANT TO BANKRUPTCY RULE 2016

STATE OF ILLINOIS)
          )     SS.
COUNTY OF COOK )

      I, Alan D. Lasko, being first duly sworn on oath, depose and state as follows:

1.     I am the owner of the Firm ALAN D. LASKO & ASSOCIATES, P.C. ("Lasko") and I am authorized to execute this Affidavit on behalf of Lasko. Lasko is the Court-approved accountants for Frank J. Kokoszka, Chapter 7 Trustee in this case ("Trustee").

2.     I have read the Second and Final Application of Lasko, for allowable compensation and expenses ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Lasko has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3.     Lasko has previously received payments for services rendered in connection with this case from the Trustee. Lasko has not entered into any agreement or understanding between itself and any other person for the sharing of compensation received or to be received for services rendered to the Trustee in connection with these cases, except among the members and associates of the Firm.

4.     The Applicant has received its First Interim compensation of $4,427.80 and expenses of $49.48 for the time period March 24, 2015 through March 22, 2016.

9

FURTHER AFFIANT SAYETH NOT.

_____

Alan D. Lasko

Subscribed and Sworn to before me
this _31st_ day of October, 2016.

_____

Notary Public

```
OFFICIAL SEAL
CLAUDETTE WILSON
NOTARY PUBLIC   STATE OF ILLINOIS
MY COMMISSION EXPIRES 05/10/20
```

10

**EXHIBIT A**

**ORDER OF EMPLOYMENT**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   14-46230 |
| RBK Enterprises, Ltd. | ) | |
| | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Donald R  Cassling |
| | ) | |
| | ) | DuPage |
| Debtor(s) | ) | |

### Order Authorizing Trustee to Employ Accountants

This matter coming before the Court on the Application of Frank J. Kokoszka, chapter 7 trustee, to employ Alan D. Lasko & Associates, P.C. as accountants for the Trustee, due and proper notice having been given to all parties entitled thereto and the Court being otherwise duly advised in the premises.

IT IS HERBY ORDERED THAT:

Frank J. Kokoszka, trustee herein, is hereby authorized to employ Alan D. Lasko and the accounting firm of Alan D. Lasko & Associates, P.C. , nunc pro tunc to March 13, 2015, to perform all accounting services necessary or required in the administration of the chapter 7 estate.

It is further ordered that compensation for services rendered by Alan D. Lasko and the accounting firm of Alan D. Lasko & Associates, P.C. and for reimbursement of expenses incurred is subject to further approval and determination by this Court.

Enter:    *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  March 20, 2015

**Prepared by:**

Frank J. Kokoszka (#6201436)
Kokoszka & Janczur, P.C.
122 South Michigan Ave., Suite 1070
Chicago, Illinois 60603

**EXHIBIT B**

**PERSONNEL**

The following represents a description of the primary individuals in this engagement.

Alan D. Lasko – CPA, CIRA, CFF

Mr. Lasko has worked primarily in the bankruptcy field over the last 30 years.  He brings his 40 years of experience in providing operational support to Chapter 11 and creditor committees, as well as his technical abilities in various accounting and tax matters in bankruptcy cases. Mr. Lasko has been an expert witness, been appointed as a receiver in State Court, worked as a disbursing agent, made presentations to creditors and their committees and worked with debtor and creditor counsels in formulating plans of reorganizations and disclosure statements. Mr. Lasko is a member of the Certified Insolvency and Restructuring Advisors (CIRA), as well as being Certified in Financial Forensics (CFF).  Mr. Lasko is also a member of the American Bankruptcy Institute, the American Institute of Certified Public Accountants and the Illinois CPA Society.  Mr. Lasko also has instructed and has written seminars on various bankruptcy-related topics.  Last, Mr. Lasko has broad accounting and tax experience in Chapter 7 cases.

Karen Seyller – Senior

Ms. Seyller has worked on various insolvency and litigation matters for two years.  She has also worked on numerous Chapter 11 and 7 matters, as well as Receivership-related work and civil litigation support work.  Prior to joining the Firm, Ms. Seyller had worked as a part-time intern for a tax law practice preparing income tax returns over two tax seasons.  Subsequently, Ms. Seyller then had worked full time as a tax accountant for a medical care company over the last five years.  Duties included the preparation of various types of tax returns of the business including but not limited to income tax returns, gross receipts returns, sales and use tax returns, as well as being involved in other general ledger duties of the company.  Ms. Seyller has a

Bachelor's Degree in Accounting from Saint Xavier University.  She has completed her work at John Marshall Law School.

Bingjie (Robin) Luo – Staff

Ms. Luo is a staff accountant performing accounting and tax services.  Ms. Luo has a Bachelor of Management in Accountancy from the Southwestern University of Finance and Economics in Chengdu, China.  She also has a Master's Degree in Accounting from Loyola University in Chicago.  Ms. Luo has recently completed all four parts of the CPA examination.

Bradley Egeberg – Staff

Mr. Egeberg is an intern staff accountant performing accounting and tax services.  Mr. Egeberg has recently completed his Bachelor's Degree in Accounting from DePaul University.  Mr. Egeberg is working towards his Master's Degree in Accounting also from DePaul University.

Dominika Stefanczuk – Staff

Ms. Stefanczuk is an intern staff accountant performing accounting and tax services.  Ms. Stefanczuk has recently completed her Bachelor's Degree in Accounting from Saint Xavier University.  Ms. Stefanczuk is working towards her Master's Degree in Accounting also from Saint Xavier University.

**EXHIBIT C**

**STAFF LEVELS**

## STAFF LEVEL – SUPERVISORS, SENIORS AND ASSISTANTS

SUPERVISORS

After a period of several years of experience, senior accountants are advanced to the supervisory level. Supervisors have administrative and overview responsibility on a broader level than senior accountants. Supervisors are responsible to keep the manager abreast of the progress of the engagement of the problems encountered in a particular circumstance.

SENIORS

After a period of usually 2 to 3 years, an individual is advanced to the senior level. Seniors are primarily responsible for the day-to-day functions of fieldwork with the Court. In bankruptcy-related work, audit seniors may also perform specific tasks at the request of a manager or supervisor.

ASSISTANTS

Staff assistants usually execute basic assignments or tasks. In bankruptcy-related work, assistants primarily perform specific projects at specified times under the supervision of a senior, supervisor or manager.

**EXHIBIT D**

**ACTUAL TIME FROM TIME SLIPS**

**EXHIBIT D-1**

**TAX PREPARATION**

10/31/2016
12 43 PM                                  Pre-bill Worksheet                                    Page      1

---

### Selection Criteria

---

Clie Selection              Include  R B K  Enterpr 002, R B K  Enterpr 012

---

| | |
|---|---|
| Nickname | R B K  Enterpr 002 | 4712 |
| Full Name | R B K  Enterprises, Ltd |
| Address | c/o Frank J  Kokoska, Trustee |
| | 122 S  Michigan Avenue |
| | Suite 1070 |
| | Chicago IL 60603-6270 |

| | | | |
|---|---|---|---|
| Phone | | Fax | |
| Home | | Other | |
| In Ref To | tax preparation | | |
| Fees Arrg | By billing value on each slip | | |
| Expense Arrg | By billing value on each slip | | |
| Tax Profile | Exempt | | |
| Last bill | 3/22/2016 | | |
| Last charge | 10/31/2016 | | |
| Last payment | 10/24/2016 | Amount | $4,357 48 |

| Date<br>ID | Timekeeper<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 9/21/2016<br>148607 | K  Seyller<br>800 | 160 00 | 0 30 | 48 00 | Billable |
| | Met with staff to review 2016 final tax return preparation | | | | |
| 9/21/2016<br>148613 | B  Luo<br>800 | 94 00 | 2 60 | 244 40 | Billable |
| | Prepared work trial balance and income tax return for 201 | | | | |
| 9/22/2016<br>148669 | K  Seyller<br>800 | 160 00 | 0 10 | 16 00 | Billable |
| | Met with staff to review tax questions for 2016 tax return | | | | |
| 9/23/2016<br>148628 | B  Egeberg<br>800 | 84 00 | 2 90 | 243 60 | Billable |
| | Prepared 2016 final tax return and work papers | | | | |
| 10/18/2016<br>149258 | K  Seyller<br>800 | 160 00 | 0 30 | 48 00 | Billable |
| | Met with staff to review updates to 2016 tax return | | | | |

10/31/2016
12 43 PM

Pre-bill Worksheet

Page     2

R B K  Enterpr 002 R B K  Enterprises, Ltd  (continued)

| Date | Timekeeper | Rate | Hours | Amount | Total |
|------|------------|------|-------|--------|-------|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 10/18/2016 | D  Stefanczuk | 84 00 | 2 70 | 226 80 | Billable |
| 149259 | 800 | | | | |

prepared additions and changes to final workpapers and tax return⌐

| 10/21/2016 | K  Seyller | 160 00 | 0 80 | 128 00 | Billable |
| 149358 | 800 | | | | |

Reviewed work papers for preparation of 2016 short period final tax retu⌐∧

| 10/24/2016 | B  Luo | 94 00 | 1 30 | 122 20 | Billable |
| 149357 | 800 | | | | |

Updated work paper and tax return for 201⌐

| 10/24/2016 | K  Seyller | 160 00 | 0 10 | 16 00 | Billable |
| 149360 | 800 | | | | |

Met with staff to review corrections to work papers for 2016 tax retur⌐∧

| 10/24/2016 | K  Seyller | 160 00 | 0 60 | 96 00 | Billable |
| 149361 | 800 | | | | |

Reviewed corrected work papers for preparation of 2016 tax retu⌐∧

| 10/24/2016 | K  Seyller | 160 00 | 0 60 | 96 00 | Billable |
| 149362 | 800 | | | | |

Prepared manual 2016 short period final federal tax return cha∾⌐∾⌐

| 10/24/2016 | K  Seyller | 160 00 | 0 30 | 48 00 | Billable |
| 149363 | 800 | | | | |

Prepared manual 2016 short period final state tax return chan⌐⌐⌐

| 10/24/2016 | K  Seyller | 160 00 | 0 70 | 112 00 | Billable |
| 149364 | 800 | | | | |

Prepared manual 2016 short period final federal  and state K-1 packag⌐

| 10/25/2016 | A  Lasko | 288 00 | 0 60 | 172 80 | Billable |
| 149415 | 800 | | | | |

tax review of work papers and income tax returns -final 201⌐⌐

10/31/2016
12 43 PM                                            Pre-bill Worksheet                                    Page      3

R B K Enterpr 002 R B K Enterprises, Ltd  (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 10/26/2016 149437 | K  Seyller 800 | 160 00 | 0 40 | 64 00 | Billable |
| | prepared final changes to work papers and tax returns for information receiv£√ | | | | |
| 10/27/2016 149448 | A  Lasko 800 | 288 00 | 0 40 | 115 20 | Billable |
| | sign off of federal and state tax returns - final 201√ | | | | |
| 10/30/2016 149492 | B  Luo 800 | 94 00 | 1 20 | 112 80 | Billable |
| | Estimated time to prepare estate's final information tax returns and cover letter to trust££ | | | | |
| 10/31/2016 149493 | K  Seyller 800 | 160 00 | 0 30 | 48 00 | Billable |
| | Estimated time to review estate's final information tax return and cover letter to trust ££ | | | | |

| TOTAL | Billable Fees | | 16 20 | | $1,957 80 |

| Date ID | Timekeeper Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 10/27/2016 149484 | C  Wilson 115 | 14 10 | 1 000 | 14 10 | Billable |
| | Photocopy costs for 2016 Forms 1120S income tax returns - 141 pages @ $ 10 per pag£ | | | | |
| 10/27/2016 149485 | C  Wilson 116 | 10 00 | 1 000 | 10 00 | Billable |
| | Delivery of 2016 Forms 1120S income tax returns to Frank Kokoszka - confirmation #101834 | | | | |

| TOTAL | Billable Costs | | | | $24 10 |

R B K  Enterpr 002 R B K  Enterprises, Ltd  (continued)

---

### Calculation of Fees and Costs

|                                                          | Amount       | Total        |
|----------------------------------------------------------|--------------|--------------|
| Fees Bill Arrangement  Slips                             |              |              |
| By billing value on each slip                            |              |              |
|                                                          |              |              |
| Total of billable time slips                             | $1,957 80    |              |
| Total of Fees (Time Charges)                             |              | $1,957 80    |
|                                                          |              |              |
| Costs Bill Arrangement  Slips                            |              |              |
| By billing value on each slip                            |              |              |
|                                                          |              |              |
| Total of billable expense slips                          | $24 10       |              |
| Total of Costs (Expense Charges)                         |              | $24 10       |
|                                                          |              |              |
| Total new charges                                        |              | $1,981 90    |
|                                                          |              |              |
| Previous Balance                                         |              |              |
| 120 Days                                                 | $4,357 48    |              |
| Total Previous Balance                                   |              | $4,357 48    |

Accounts Receivables

| Date|ID        | Type | Description          |              |              |
|-----------------|------|----------------------|--------------|--------------|
| 10/24/2016      | PAY  | Payment - Thank You  | ($4,357 48)  |              |
| 19027           |      |                      |              |              |
| Total Accounts Receivable |  |               |              | ($4,357 48)  |

| New Balance     |      |                      |              |              |
| Current         |      |                      | $1,981 90    |              |
|                 |      |                      |              |              |
| Total New Balance |    |                      |              | $1,981 90    |

**EXHIBIT D-2**

**BILLING TIME**

10/31/2016
12 43 PM

Pre-bill Worksheet

Page 5

| | |
|---|---|
| Nickname | R B K Enterpr 012 \| 4713 |
| Full Name | R B K Enterprises, Ltd |
| Address | c/o Frank J Kokoska, Trustee |
| | 122 S Michigan Avenue |
| | Suite 1070 |
| | Chicago IL 60603-6270 |

| | | | |
|---|---|---|---|
| Phone | | | |
| Home | | Fax | |
| In Ref To | fee petition | Other | |
| Fees Arrg | By billing value on each slip | | |
| Expense Arrg | By billing value on each slip | | |
| Tax Profile | Exempt | | |
| Last bill | 3/22/2016 | | |
| Last charge | 10/31/2016 | | |
| Last payment | 10/24/2016 | Amount | $119 80 |

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 10/31/2016 149495 | C Wilson 800 | 64 00 | 1 00 | 64 00 | Billable |
| | Prepared fee petition | | | | |
| 10/31/2016 149496 | A Lasko 800 | 288 00 | 0 20 | 57 60 | Billable |
| | Prepared fee petition | | | | |
| TOTAL | Billable Fees | | 1 20 | $121 60 | |

Total of billable expense slips $0 00

---

## Calculation of Fees and Costs

| | Amount | Total |
|---|---|---|
| Fees Bill Arrangement  Slips By billing value on each slip | | |
| Total of billable time slips Total of Fees (Time Charges) | $121 60 | $121 60 |
| Total of Costs (Expense Charges) | | $0 00 |
| Total new charges | | $121 60 |

10/31/2016
12 43 PM                              Pre-bill Worksheet                              Page      6

R B K  Enterpr 012 R B K  Enterprises, Ltd  (continued)

|  | Amount | Total |
|---|---|---|
| Previous Balance | | |
| 120 Days | $119 80 | |
| Total Previous Balance | | $119 80 |
| | | |
| Accounts Receivables | | |
| Date\|ID      Type   Description | | |
| 10/24/2016 PAY   Payment - Thank You | ($119 80) | |
| 19026 | | |
| Total Accounts Receivable | | ($119 80) |
| | | |
| New Balance | | |
| Current | $121 60 | |
| | | |
| Total New Balance | | $121 60 |