# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Rbk Enterprises Ltd | § | Case No. 14-46230 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/31/2014 . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $   33,896.02

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 23,953.39 |
| Bank service fees | 812.07 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 9,130.56 |

The remaining funds are available for distribution.

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was  05/04/2015  and the deadline for filing governmental claims was  06/29/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 4,139.60 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 4,139.60 , for a total compensation of $ 4,139.60 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 133.38 , for total expenses of $ 133.38 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/28/2016            By:/s/Frank J. Kokoszka, Trustee
                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 14-46230 | DRC | Judge: | Donald R Cassling | Trustee Name: | Frank J. Kokoszka, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Rbk Enterprises Ltd | | | | Date Filed (f) or Converted (c): | 12/31/2014 (f) |
| | | | | | 341(a) Meeting Date: | 01/27/2015 |
| For Period Ending: | 12/28/2016 | | | | Claims Bar Date: | 05/04/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking / Savings Accounts At Us Bank | 100.00 | 100.00 | | 90.00 | FA |
| 2. Helen Brett Tradeshows, Inc. Dba Advanced Tradeshow Technolo | 18,685.00 | Unknown | | 0.00 | FA |
| 3. Helen Brett Enterprises, Inc. 511 Academy Drive Lisle, Il 60 | 44,786.00 | Unknown | | 0.00 | FA |
| 4. Misc. Accounts Receivables Attached | 4,315.00 | Unknown | | 1,372.02 | FA |
| 5. Trademark On Logo | 100.00 | 100.00 | | 0.00 | FA |
| 6. Office Equiptment And Supplies Inventory Attached | 500.00 | 500.00 | | 0.00 | FA |
| 7. Equiptment Inventory Attached | 45,000.00 | 45,000.00 | | 32,372.00 | FA |
| 8. Paper, Inks, Chemicals And Supplies Inventory Attached | 500.00 | 500.00 | | 0.00 | FA |
| 9. Refund of Insurance Premium (u) Debtor recieved a refund from Liberty Mutual Insurance for Cancellation of Policy. | 0.00 | 62.00 | | 62.00 | FA |
| 10. Potential Preferences (u) Demand Letters sent. | 0.00 | Unknown | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $113,986.00 | $46,262.00 | | $33,896.02 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Personal Property sold pursuant to public auction.

Reviewing bank records to determine if there are any preference of value to the estate to pursue. Preference Demand letters sent to Reed-Rite and Chicago Offset on August 25, 2015. Trustee is reviewing defenses.

Trustee is reviewing the debtor's "accounts receivables."

On September 20, 2016, Trustee has completed review of preferences and remaining accounts receivables and has determined that they are not worth pursuing. All assets have been administered.

Trustee is working on a final tax return with his accountant and expects to file his TFR on or about 11/1/2016.

Exhibit A

Initial Projected Date of Final Report (TFR): 05/04/2016      Current Projected Date of Final Report (TFR): 11/30/2016

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 14-46230 | Trustee Name: Frank J. Kokoszka, Trustee |
| Case Name: Rbk Enterprises Ltd | Bank Name: Bank of Kansas City |
| | Account Number/CD#: XXXXXX0003 |
| | Checking |
| Taxpayer ID No: XX-XXX8921 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 12/28/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/20/15 | 4 | Phoenix Paper Co.<br>115 West Lake Drive<br>Glendale Heights, Illinois 60139 | Accounts Receivable | 1121-000 | $105.00 | | $105.00 |
| 02/20/15 | 1 | US Bank | Liquidation of Bank Account | 1129-000 | $90.00 | | $195.00 |
| 02/20/15 | 4 | US Bank | Accounts Receivable | 1121-000 | $188.12 | | $383.12 |
| 02/27/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $373.12 |
| 03/16/15 | 7 | American Auction Associates<br>508 West Brittany Drive<br>Arlington Heights, Illinois 60004 | Sale of Equipment and Inventory | 1129-000 | $32,372.00 | | $32,745.12 |
| 03/16/15 | 4 | Institute of Packaging Professionals | Accounts Receivable<br>Original deposit date 1/30/15-<br>Was not properly recorded in case management software.<br>Posted at bank 1/30/15 | 1121-000 | $141.40 | | $32,886.52 |
| 03/16/15 | 4 | Helen Brett Tradeshows, Inc. | Accounts Receivable<br>Original deposit date 1/30/15-<br>Was not properly recorded in case management software.<br>Posted at bank 1/30/15 | 1121-000 | $300.00 | | $33,186.52 |
| 03/16/15 | 4 | FCA of Naperville | Accounts Receivable<br>Original deposit date 1/30/15-<br>Was not properly recorded in case management software.<br>Posted at bank 1/30/15 | 1121-000 | $637.50 | | $33,824.02 |
| 03/25/15 | 9 | Liberty Mutual Insurance<br>Mail Stop 16-01<br>9450 Seward Road<br>Fairfield, Ohio 45014 | Refund of Insurance Premium | 1121-000 | $62.00 | | $33,886.02 |
| 03/31/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.10 | $33,863.92 |
| 04/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.70 | $33,815.22 |

| | | |
|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 5)* | Page Subtotals: $33,896.02 | $80.80 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 14-46230 | Trustee Name: | Frank J. Kokoszka, Trustee |
| Case Name: | Rbk Enterprises Ltd | Bank Name: | Bank of Kansas City |
| | | Account Number/CD#: | XXXXXX0003 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8921 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/28/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/29/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $50.25 | $33,764.97 |
| 06/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.56 | $33,716.41 |
| 07/31/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $50.11 | $33,666.30 |
| 08/31/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $50.03 | $33,616.27 |
| 09/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.35 | $33,567.92 |
| 10/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $49.89 | $33,518.03 |
| 11/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.21 | $33,469.82 |
| 12/31/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $49.74 | $33,420.08 |
| 01/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $49.53 | $33,370.55 |
| 02/10/16 | 101 | American Auction Associates, Inc. 598 West Brittany Drive Arlington Heights, Illinois 60004 | Expense Reimbursement Trustee retained American Auction to conduct auction of Debtor's personal property. American Auction incurred expenses in relation to that auction. On Feb 9, 2016, Court entered order authorizing Trustee to pay for reimbursement of expenses. | 3620-000 | | $5,485.97 | $27,884.58 |

| UST Form 101-7-TFR (5/1/2011) *(Page: 6)* | | Page Subtotals: | $0.00 | $5,930.64 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 14-46230 | Trustee Name: | Frank J. Kokoszka, Trustee |
|---|---|---|---|
| Case Name: | Rbk Enterprises Ltd | Bank Name: | Bank of Kansas City |
| | | Account Number/CD#: | XXXXXX0003 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8921 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/28/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $42.59 | $27,841.99 |
| 03/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $41.26 | $27,800.73 |
| 04/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $39.87 | $27,760.86 |
| 05/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $41.14 | $27,719.72 |
| 06/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $39.76 | $27,679.96 |
| 07/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $41.02 | $27,638.94 |
| 08/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $40.96 | $27,597.98 |
| 10/24/16 | 102 | Alan D. Lasko & Associates, P.C. 205 West Randolph Suite 1150 Chicago, Illinois 60606 | Interim Compensation to Accountants Order Approving Interim feed and expenses entered on October 21, 2016 | | | $4,477.28 | $23,120.70 |
| | | Alan D. Lasko & Associates, P.C. | | ($4,427.80) | 3410-000 | | |
| | | Alan D. Lasko & Associates, P.C. | | ($49.48) | 3420-000 | | |
| 11/07/16 | 103 | Brett Enterprises, Inc. 5111 Academy Drive Lisle, Illinois 60532 | Administrative Expense-Landlord Order entered on 5/19/2015 allowing administrative claim in the amount of $12,082.42. | 2410-000 | | $12,082.42 | $11,038.28 |
| 12/05/16 | 104 | Alan D. Lasko & Associates, P.C. 205 West Randolph Street Suite 1150 Chicago, Illinois 60606 | Final Payment to Accountant Order entered on 12/2/2016 granting Final Compensation and expenses to Accountants | | | $1,907.72 | $9,130.56 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*         Page Subtotals:         $0.00         $18,754.02

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 14-46230 | Trustee Name: | Frank J. Kokoszka, Trustee |
|---|---|---|---|
| Case Name: | Rbk Enterprises Ltd | Bank Name: | Bank of Kansas City |
| | | Account Number/CD#: | XXXXXX0003 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8921 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/28/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Alan D. Lasko & Associates, P.C. | ($1,883.62) | 3410-000 | | | |
| | | Alan D. Lasko & Associates, P.C. | ($24.10) | 3420-000 | | | |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $33,896.02 | $24,765.46 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $33,896.02 | $24,765.46 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $33,896.02 | $24,765.46 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*        Page Subtotals:      $0.00      $0.00

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0003 - Checking | $33,896.02 | $24,765.46 | $9,130.56 |
|  | $33,896.02 | $24,765.46 | $9,130.56 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $33,896.02 |
| Total Gross Receipts: | $33,896.02 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 14-46230  
Debtor Name: Rbk Enterprises Ltd  
Claims Bar Date: 5/4/2015  

Date: December 28, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Frank J. Kokoszka | Administrative | | $0.00 | $4,139.60 | $4,139.60 |
| 100 2200 | Frank J. Kokoszka | Administrative | | $0.00 | $133.38 | $133.38 |
| 100 2410 | Brett Enterprises, Inc. C/O Kent A Gaertner Pc Springer Brown, Llc 400 S County Farm Rd, Ste #330 Wheaton, Il 60187 | Administrative | | $0.00 | $0.00 | $12,082.42 |
| 100 3410 | Alan D. Lasko & Associates, P.C. | Administrative | | $0.00 | $0.00 | $6,311.42 |
| 100 3420 | Alan D. Lasko & Associates, P.C. | Administrative | | $0.00 | $0.00 | $73.58 |
| 1 300 7100 | Brett Enterprises, Inc. C/O Kent A Gaertner Pc Springer Brown, Llc 400 S County Farm Rd, Ste #330 Wheaton, Il 60187 | Unsecured | | $0.00 | $98,634.75 | $98,634.75 |
| | Case Totals | | | $0.00 | $102,907.73 | $121,375.15 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-46230
Case Name: Rbk Enterprises Ltd
Trustee Name: Frank J. Kokoszka, Trustee

Balance on hand $ 9,130.56

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frank J. Kokoszka | $ 4,139.60 | $ 0.00 | $ 4,139.60 |
| Trustee Expenses: Frank J. Kokoszka | $ 133.38 | $ 0.00 | $ 133.38 |
| Accountant for Trustee Fees: Alan D. Lasko & Associates, P.C. | $ 6,311.42 | $ 6,311.42 | $ 0.00 |
| Accountant for Trustee Expenses: Alan D. Lasko & Associates, P.C. | $ 73.58 | $ 73.58 | $ 0.00 |
| Other: Brett Enterprises, Inc. | $ 12,082.42 | $ 12,082.42 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 4,272.98

Remaining Balance $ 4,857.58

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 98,634.75 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Brett Enterprises, Inc. | $ 98,634.75 | $ 0.00 | $ 4,857.58 |
| | Total to be paid to timely general unsecured creditors | | | $ 4,857.58 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE