**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| RBK ENTERPRISES, LTD. | ) | |
| | ) | No. 14-46230 |
| | ) | (DuPage County Case) |
| | ) | |
| Debtor. | ) | Hon. Donald R. Cassling |
| | ) | United States Bankruptcy Judge |
| | ) | |

<u>**CERTIFICATE OF SERVICE**</u>

TO: ATTACHED SERVICE LIST

     I, Frank J. Kokoszka, hereby certify that on December 30, 2016, I served a true and correct copy of **the Notice of Trustee's Final Report And Applications For Compensation And Deadline to Object (NFR)** upon all parties on the attached service including those named on the Electronic Mail Notice List by operation of the Court's Electronic Filing System, and sent to those parties as identified on the attached service list via US Mail by placing a copy in the U.S. Mailbox at 122 South Michigan before 6:00 p.m. on December 30, 2016.

/s/ Frank J. Kokoszka

<u>/s/ Frank J. Kokoszka</u>
Frank J. Kokoszka, Esq.
KOKOSZKA & JANCZUR, P.C.
ARDC No. 6201436
122 South Michigan Avenue, Suite 1070
Chicago, Illinois 60603-6270
(312) 443-9600 x7861 (phone)
(312) 443-5704 (fax)
trustee@k-jlaw.com

**SERVICE LIST**
**RE RBK ENTERPRISES, LTD.**

Office of the U.S. Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604
**(Via ECF Electronic Notice)**

Counsel for Debtor:
John J. Lynch
Lynch Law Offices, P.C.
1011 Warrenville Road
Suite 150
Lisle, IL 60535
**(Via ECF Electronic Notice)**

Brett Enterprises, Inc.
5111 Academy Drive
Lisle, IL 60532

Chicago Offset
921 Oakton Street
Elk Grove Village, Il. 60007
**(Via ECF Electronic Notice)**

Kent A. Gaertner
Springer, Brown, LLC.
300 South County Farm Road,
Suite I/J
Wheaton, IL 60187
**(Via U.S. Mail)**