# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § § § | |
| Rbk Enterprises Ltd | § § § | Case No. 14-46230 |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frank J. Kokoszka, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 64,571.00<br>*(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 4,857.58 | Claims Discharged<br>Without Payment: 308,388.17 |
| Total Expenses of Administration: 29,038.44 | |

3) Total gross receipts of $ 33,896.02 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 33,896.02 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 10,571.02 | 29,038.44 | 29,038.44 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 214,611.00 | 98,634.75 | 98,634.75 | 4,857.58 |
| **TOTAL DISBURSEMENTS** | $ 214,611.00 | $ 109,205.77 | $ 127,673.19 | $ 33,896.02 |

4)  This case was originally filed under chapter 7 on  12/31/2014 .  The case was pending for 26 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  02/20/2017                By:/s/Frank J. Kokoszka, Trustee
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Misc. Accounts Receivables Attached | 1121-000 | 1,372.02 |
| Refund of Insurance Premium | 1121-000 | 62.00 |
| Checking / Savings Accounts At Us Bank | 1129-000 | 90.00 |
| Equiptment Inventory Attached | 1129-000 | 32,372.00 |
| **TOTAL GROSS RECEIPTS** | | **$33,896.02** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Frank J. Kokoszka | 2100-000 | NA | 4,139.60 | 4,139.60 | 4,139.60 |
| Frank J. Kokoszka | 2200-000 | NA | 133.38 | 133.38 | 133.38 |
| Brett Enterprises, Inc. | 2410-000 | NA | 0.00 | 12,082.42 | 12,082.42 |
| Bank of Kansas City | 2600-000 | NA | 812.07 | 812.07 | 812.07 |
| Alan D. Lasko & Associates, P.C. | 3410-000 | NA | 0.00 | 6,311.42 | 6,311.42 |
| Alan D. Lasko & Associates, P.C. | 3420-000 | NA | 0.00 | 73.58 | 73.58 |
| American Auction Associates, Inc. | 3620-000 | NA | 5,485.97 | 5,485.97 | 5,485.97 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 10,571.02 | $ 29,038.44 | $ 29,038.44 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advance Tradeshow Technology 5111 Academy Drive Lisle, IL 60532 | | 18,385.00 | NA | NA | 0.00 |
| | American Credit Systems, Inc. 400 W Lake Street, Ste. 111 PO Box 72849 Roselle, IL 60172 | | 1,859.00 | NA | NA | 0.00 |
| | Brett Enterprises, Inc. 5111 Academy Drive Lisle, IL 60532 | | 60,000.00 | NA | NA | 0.00 |
| | Chicago Offset 128 N Lively Blvd. Elk Grove Village, IL 60007 | | 33,610.00 | NA | NA | 0.00 |
| | Gregory Kolinek 157 Northfield Drive Minooka, IL 60447 | | 35,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hewlett Packard Company Indigo America, Inc. PO Box 415573 Boston, MA 02241 | | 15,472.00 | NA | NA | 0.00 |
| | Pitney Bowes Purchase Power PO Box 371847 Pittsburgh, PA 15250 | | 285.00 | NA | NA | 0.00 |
| | The Sanford Kolinek Living Trust 806 Raintree Drive Naperville, IL 60540 | | 50,000.00 | NA | NA | 0.00 |
| 1 | Brett Enterprises, Inc. | 7100-000 | NA | 98,634.75 | 98,634.75 | 4,857.58 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$ 214,611.00** | **$ 98,634.75** | **$ 98,634.75** | **$ 4,857.58** |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-46230 | DRC | Judge: | Donald R Cassling | Trustee Name: | Frank J. Kokoszka, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Rbk Enterprises Ltd | | | | Date Filed (f) or Converted (c): | 12/31/2014 (f) |
| | | | | | 341(a) Meeting Date: | 01/27/2015 |
| For Period Ending: | 02/20/2017 | | | | Claims Bar Date: | 05/04/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking / Savings Accounts At Us Bank | 100.00 | 100.00 | | 90.00 | FA |
| 2. Helen Brett Tradeshows, Inc. Dba Advanced Tradeshow Technolo | 18,685.00 | Unknown | | 0.00 | FA |
| 3. Helen Brett Enterprises, Inc. 511 Academy Drive Lisle, Il 60 | 44,786.00 | Unknown | | 0.00 | FA |
| 4. Misc. Accounts Receivables Attached | 4,315.00 | Unknown | | 1,372.02 | FA |
| 5. Trademark On Logo | 100.00 | 100.00 | | 0.00 | FA |
| 6. Office Equiptment And Supplies Inventory Attached | 500.00 | 500.00 | | 0.00 | FA |
| 7. Equiptment Inventory Attached | 45,000.00 | 45,000.00 | | 32,372.00 | FA |
| 8. Paper, Inks, Chemicals And Supplies Inventory Attached | 500.00 | 500.00 | | 0.00 | FA |
| 9. Refund of Insurance Premium (u) Debtor recieved a refund from Liberty Mutual Insurance for Cancellation of Policy. | 0.00 | 62.00 | | 62.00 | FA |
| 10. Potential Preferences (u) Demand Letters sent. | 0.00 | Unknown | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $113,986.00 | $46,262.00 | | $33,896.02 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

Personal Property sold pursuant to public auction.

Reviewing bank records to determine if there are any preference of value to the estate to pursue. Preference Demand letters sent to Reed-Rite and Chicago Offset on August 25, 2015. Trustee is reviewing defenses.

Trustee is reviewing the debtor's "accounts receivables."

On September 20, 2016, Trustee has completed review of preferences and remaining accounts receivables and has determined that they are not worth pursuing. All assets have been administered.

Trustee is working on a final tax return with his accountant and expects to file his TFR on or about 11/1/2016.


Initial Projected Date of Final Report (TFR): 05/04/2016     Current Projected Date of Final Report (TFR): 11/30/2016

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 14-46230  
Case Name: Rbk Enterprises Ltd  
Taxpayer ID No: XX-XXX8921  
For Period Ending: 02/20/2017  

Trustee Name: Frank J. Kokoszka, Trustee  
Bank Name: Bank of Kansas City  
Account Number/CD#: XXXXXX0003  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/20/15 | 4 | Phoenix Paper Co.<br>115 West Lake Drive<br>Glendale Heights, Illinois 60139 | Accounts Receivable | 1121-000 | $105.00 | | $105.00 |
| 02/20/15 | 1 | US Bank | Liquidation of Bank Account | 1129-000 | $90.00 | | $195.00 |
| 02/20/15 | 4 | US Bank | Accounts Receivable | 1121-000 | $188.12 | | $383.12 |
| 02/27/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $373.12 |
| 03/16/15 | 7 | American Auction Associates<br>508 West Brittany Drive<br>Arlington Heights, Illinois 60004 | Sale of Equipment and Inventory | 1129-000 | $32,372.00 | | $32,745.12 |
| 03/16/15 | 4 | Institute of Packaging Professionals | Accounts Receivable<br>Original deposit date 1/30/15- Was not properly recorded in case management software. Posted at bank 1/30/15 | 1121-000 | $141.40 | | $32,886.52 |
| 03/16/15 | 4 | Helen Brett Tradeshows, Inc. | Accounts Receivable<br>Original deposit date 1/30/15- Was not properly recorded in case management software. Posted at bank 1/30/15 | 1121-000 | $300.00 | | $33,186.52 |
| 03/16/15 | 4 | FCA of Naperville | Accounts Receivable<br>Original deposit date 1/30/15- Was not properly recorded in case management software. Posted at bank 1/30/15 | 1121-000 | $637.50 | | $33,824.02 |
| 03/25/15 | 9 | Liberty Mutual Insurance<br>Mail Stop 16-01<br>9450 Seward Road<br>Fairfield, Ohio 45014 | Refund of Insurance Premium | 1121-000 | $62.00 | | $33,886.02 |
| 03/31/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.10 | $33,863.92 |
| 04/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.70 | $33,815.22 |

Page Subtotals: $33,896.02  $80.80

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-46230 | Trustee Name: | Frank J. Kokoszka, Trustee |
| Case Name: | Rbk Enterprises Ltd | Bank Name: | Bank of Kansas City |
| | | Account Number/CD#: | XXXXXX0003 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8921 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 02/20/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/29/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $50.25 | $33,764.97 |
| 06/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.56 | $33,716.41 |
| 07/31/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $50.11 | $33,666.30 |
| 08/31/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $50.03 | $33,616.27 |
| 09/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.35 | $33,567.92 |
| 10/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $49.89 | $33,518.03 |
| 11/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.21 | $33,469.82 |
| 12/31/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $49.74 | $33,420.08 |
| 01/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $49.53 | $33,370.55 |
| 02/10/16 | 101 | American Auction Associates, Inc. 598 West Brittany Drive Arlington Heights, Illinois 60004 | Expense Reimbursement Trustee retained American Auction to conduct auction of Debtor's personal property. American Auction incurred expenses in relation to that auction. On Feb 9, 2016, Court entered order authorizing Trustee to pay for reimbursement of expenses. | 3620-000 | | $5,485.97 | $27,884.58 |
| | | | Page Subtotals: | | $0.00 | $5,930.64 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 14-46230 | Trustee Name: Frank J. Kokoszka, Trustee |
| Case Name: Rbk Enterprises Ltd | Bank Name: Bank of Kansas City |
| | Account Number/CD#: XXXXXX0003 |
| | Checking |
| Taxpayer ID No: XX-XXX8921 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/20/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $42.59 | $27,841.99 |
| 03/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $41.26 | $27,800.73 |
| 04/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $39.87 | $27,760.86 |
| 05/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $41.14 | $27,719.72 |
| 06/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $39.76 | $27,679.96 |
| 07/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $41.02 | $27,638.94 |
| 08/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $40.96 | $27,597.98 |
| 10/24/16 | 102 | Alan D. Lasko & Associates, P.C. 205 West Randolph Suite 1150 Chicago, Illinois 60606 | Interim Compensation to Accountants Order Approving Interim feed and expenses entered on October 21, 2016 | | | $4,477.28 | $23,120.70 |
| | | Alan D. Lasko & Associates, P.C. | | ($4,427.80) | 3410-000 | | |
| | | Alan D. Lasko & Associates, P.C. | | ($49.48) | 3420-000 | | |
| 11/07/16 | 103 | Brett Enterprises, Inc. 5111 Academy Drive Lisle, Illinois 60532 | Administrative Expense- Landlord Order entered on 5/19/2015 allowing administrative claim in the amount of $12,082.42. | 2410-000 | | $12,082.42 | $11,038.28 |
| 12/05/16 | 104 | Alan D. Lasko & Associates, P.C. 205 West Randolph Street Suite 1150 Chicago, Illinois 60606 | Final Payment to Accountant Order entered on 12/2/2016 granting Final Compensation and expenses to Accountants | | | $1,907.72 | $9,130.56 |

Page Subtotals: $0.00 $18,754.02

UST Form 101-7-TDR (10/1/2010) (Page: 11)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-46230 | Trustee Name: Frank J. Kokoszka, Trustee |
| Case Name: Rbk Enterprises Ltd | Bank Name: Bank of Kansas City |
| | Account Number/CD#: XXXXXX0003 |
| | Checking |
| Taxpayer ID No: XX-XXX8921 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/20/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Alan D. Lasko & Associates, P.C. | ($1,883.62) | 3410-000 | | | |
| | | Alan D. Lasko & Associates, P.C. | ($24.10) | 3420-000 | | | |
| 01/26/17 | 105 | Frank J. Kokoszka | Distribution | | | $4,272.98 | $4,857.58 |
| | | Frank J. Kokoszka | Final distribution representing a payment of 100.00 % per court order. ($4,139.60) | 2100-000 | | | |
| | | Frank J. Kokoszka | Final distribution representing a payment of 100.00 % per court order. ($133.38) | 2200-000 | | | |
| 01/26/17 | 106 | Brett Enterprises, Inc. C/O Kent A Gaertner Pc Springer Brown, Llc 400 S County Farm Rd, Ste #330 Wheaton, Il 60187 | Final distribution to claim 1 representing a payment of 4.92 % per court order. | 7100-000 | | $4,857.58 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $33,896.02 | $33,896.02 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $33,896.02 | $33,896.02 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $33,896.02 | $33,896.02 |

Page Subtotals:     $0.00     $9,130.56

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0003 - Checking | $33,896.02 | $33,896.02 | $0.00 |
|  | $33,896.02 | $33,896.02 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $33,896.02 |
| Total Gross Receipts: | $33,896.02 |

Page Subtotals: $0.00　　$0.00